UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE


KATHY L. KENT                              )
                                          )
v.                                        )        NO. 2:12-CV-183
                                          )
MICHAEL J. ASTRUE,                        )
Commissioner of Social Security           )


## ORDER

This matter is before the Court to consider the Report and Recommendation of the United

States Magistrate Judge. No objections have been filed to this report. After careful consideration

of the Report and Recommendation of the United States Magistrate Judge, [Doc. 14], it is hereby

**ORDERED** that this Report and Recommendation is **ADOPTED** and **APPROVED**, that the

motion for summary judgment filed by the plaintiff is **DENIED**, [Doc. 8], and the motion for

summary judgment filed by the defendant is **GRANTED.** [Doc. 12].


        ENTER:


                                                s/J. RONNIE GREER
                                          UNITED STATES DISTRICT JUDGE